IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


QUINCY BERRY,                          :
                    Petitioner         :
                                       :
          v.                           :          CIVIL ACTION NO. 09-CV-2094
                                       :
RAYMOND SOBINA, et al.,                :
                    Respondent


## ORDER


          AND NOW, this ___4th___ day of ___November___, 2009, upon consideration of the

Report and Recommendation filed by Magistrate Judge Arnold C. Rapoport on August 27, 2009,

and pro se Petitioner Quincy K. Berry having filed no Objections, and after a careful review of

the record, it is ORDERED as follows:

          1.      The Report and Recommendation is APPROVED and ADOPTED.

          2.      The Petition For Writ Of Habeas Corpus is DISMISSED with prejudice.

          3.      Petitioner's Motion For Relief Of Judgement (Doc. No. 2) is DENIED.

          4.      No Certificate of Appealability shall issue.


                              BY THE COURT:



                              _____
                              **R. BARCLAY SURRICK, J.**